UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HW MAINTENANCE, LLC, <br><br> Defendant. | C18-1485 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Default against defendant having been entered by Order of the Clerk dated February 13, 2019, docket no. 10, and roughly three months having elapsed since then without further activity in this case, plaintiff is DIRECTED to file, within twenty-eight (28) days of the date of this Minute Order, either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1